**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

In the matter of: Case Transfers to
**District Judge Jeffrey T. Kuntz**

| | |
|---|---|
| Lillenthal v. Akumin Operating Corp., *et al.* | Case No: 26-cv-61364-CMA |
| Burton Katz, *et al.* v. Scottsdale Insurance Co. | Case No: 24-cv-24261-CMA |
| Sordelli v. M Resort Residences Condominium Association, Inc. | Case No: 26-cv-21052-CMA |
| Soldavini v. MSC Cruises SA | Case No: 26-cv-22288-CMA |
| Henry v. Celebrity Cruises Inc. | Case No: 26-cv-24161-CMA |
| Willet v. Royal Caribbean Cruises Ltd | Case No: 26-cv-24362-CMA |
| Franco v. Target Corp. | Case No: 26-cv-24626-CMA |
| Silva Viera v. La Cabrera Sunny LLC | Case No: 26-cv-24793-CMA |
| Herrera v. Malbon Golf, Inc. | Case No: 26-cv-25022-CMA |

| | |
|---|---|
| United States v. Carrillo-Chales | Case No. 26-cr-60181-CMA |
| United States v. Constantino-Alfaro | Case No. 26-cr-60190-CMA |

**ORDER OF REASSIGNMENT**

The above-styled cases have been selected by the Clerk of Court utilizing a random selection procedure to ensure the fair and impartial reassignment of cases from the undersigned District Judge to the newly appointed **District Judge Jeffrey T. Kuntz.**

Prior to executing this Order, the undersigned has reviewed the files and has ruled upon all pending ripe motions that have not been referred to the paired Magistrate Judge, and which are fully briefed, in accordance with the policy established by the Judges of the Southern District of Florida. (*See* Internal Operating Procedures, Section 2.05.03 -2.05.04). It is

**ORDERED** that the above-styled actions are hereby **REASSIGNED** to the calendar of the **Honorable Jeffrey T. Kuntz** as of **August 14, 2026** for all further proceedings. It is further

**ORDERED** that any pending hearings set before the undersigned Judge are **TERMINATED** and are to be rescheduled by **District Judge Jeffrey T. Kuntz.** It is further

**ORDERED** all deadlines will **REMAIN IN EFFECT** unless altered by **District Judge Jeffrey T. Kuntz**. It is further

**ORDERED** that all papers hereafter filed shall bear the assigned case number followed by the initials JTK in lieu of the present initials.

**DONE and ORDERED** in Miami, Florida, this 13th day of August, 2026.

Cecilia M. Altonaga

**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

c: All counsel of record/*pro se* parties